UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

*Plaintiff,*

*vs.* Case No. 26-cr-236

DETRA FERGUSON,

*Defendant.*

---

**MOTION TO WITHDRAW**

The undersigned, as counsel of record for Detra Ferguson in the above-captioned matter, respectfully asks this Court to enter an Order permitting his withdrawal from representation of the defendant. As grounds in support of this motion, the undersigned counsel states that Ms. Ferguson has retained successor counsel, Attorney William Sulton, who filed a Notice of Appearance on November 20, 2026.

Dated at Milwaukee, Wisconsin, this 23rd day of November, 2026.

Respectfully submitted,

*/s/ Joshua D. Uller*
Joshua D. Uller, WI Bar #1055173
Kucher & Cotton, S.C.
7000 W. North Ave.
Wauwatosa, WI 53213
Tel. (262) 542-4218
Email: josh@kuchlercotton.com

*Counsel for Defendant,* Detra Ferguson